Same case below, 413 Fed. Appx. 470.

**No. 10-9694. Rodney D. Johnson, Petitioner v. United States.**

563 U.S. 966, 131 S. Ct. 2166, 179 L. Ed. 2d 947, 2011 U.S. LEXIS 3227.

April 25, 2011. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

Same case below, 991 A.2d 33.

**No. 10-9695. Robert Glenn Longee, Petitioner v. United States.**

563 U.S. 967, 131 S. Ct. 2166, 179 L. Ed. 2d 947, 2011 U.S. LEXIS 3323.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 407 Fed. Appx. 122.

**No. 10-9698. Richard Villar, Petitioner v. United States.**

563 U.S. 967, 131 S. Ct. 2167, 179 L. Ed. 2d 947, 2011 U.S. LEXIS 3315.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 411 Fed. Appx. 342.

**No. 10-9699. Mario Rivera, Petitioner v. United States.**

563 U.S. 967, 131 S. Ct. 2167, 179 L. Ed. 2d 947, 2011 U.S. LEXIS 3208.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 10-9700. Juan Reyes, Petitioner v. United States.**

563 U.S. 967, 131 S. Ct. 2167, 179 L. Ed. 2d 947, 2011 U.S. LEXIS 3319.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-9708. Ronald Jerome Fisher, Petitioner v. United States.**

563 U.S. 967, 131 S. Ct. 2167, 179 L. Ed. 2d 947, 2011 U.S. LEXIS 3291.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 401 Fed. Appx. 979.

**No. 10-9709. Basilio Inirio-Castro, Petitioner v. United States.**

563 U.S. 967, 131 S. Ct. 2167, 179 L. Ed. 2d 947, 2011 U.S. LEXIS 3285.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 10-9711. Rodney Green, Petitioner v. United States.**

563 U.S. 967, 131 S. Ct. 2167, 179 L. Ed. 2d 947, 2011 U.S. LEXIS 3353.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 398 Fed. Appx. 834.